1  PETER D. KEISLER
   Assistant Attorney General
2
   McGREGOR W. SCOTT
3  United States Attorney
   KRISTIN S. DOOR
4  Assistant United States Attorney
   501 I Street, 10th Floor
5  Sacramento, California 95814
   Telephone:  (916) 554-2723
6  Fax: (916) 554-2900

7  MICHAEL F. HERTZ
   PATRICIA R. DAVIS
8  MICHAL TINGLE
   Department of Justice
9  Civil Division
   Commercial Litigation Branch
10 P. O. Box 261
   Benjamin Franklin Station
11 Washington, D.C.  20044
   Telephone: (202) 307-1381
12
   Attorneys for the United States of America
13

14              UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF CALIFORNIA
15

16 UNITED STATES OF AMERICA and  )    2:04-CV-1053 GEB JFM
   THE STATE OF CALIFORNIA       )
17 ex rel. KEITH JAMES,          )
                                 )    **ORDER [Proposed]**
18              Plaintiff,        )
                                 )
19              v.               )
                                 )    **FILED UNDER SEAL**
20 MED-MART, INC.; PACIFIC       )
   PULMONARY SERVICES, et al.,   )
21                               )
                Defendants.      )
22 _____  )

23

24      The United States and the State of California having

25 declined to intervene in this action pursuant to the False

26 Claims Act, 31 U.S.C. § 3730(b)(4)(B), and California

27 Government Code § 12652(c)(6)(B), the Court rules as

28 follows:

1    IT IS ORDERED that

2    1.  The complaint be unsealed and served upon the

3    defendant by the relator;

4    2.  All other contents of the Court's file in this

5    action remain under seal and not be made public or served

6    upon the defendant, except for this Order and the United

7    States of America's and the State of California's Joint

8    Notice of Election to Decline Intervention, which the

9    relator will serve upon the defendant only after service of

10   the complaint;

11   3.  The seal be lifted as to all other matters

12   occurring in this action after the date of this Order;

13   4.  The parties shall serve all pleadings and motions

14   filed in this action, including supporting memoranda, upon

15   the United States, as provided for in 31 U.S.C.

16   § 3730(c)(3), and upon the States of California, as provided

17   for in California Government Code § 12652(f)(1).  The United

18   States and the State of California may order any deposition

19   transcripts and are entitled to intervene in this action,

20   for good cause, at any time;

21   5.  All orders of this Court shall be sent to the

22   United States and to the State of California, and that

23   6.  Should the relator or the defendant propose that

24   this action be dismissed, settled, or otherwise

25   discontinued, the Court will provide the United States and

26   the State of California with notice and an opportunity to be

27   //

28   //

- 2 -

1   heard before ruling or granting its approval.

2

3       IT IS SO ORDERED.

4   Dated:  March 10, 2006

5
                                    /s/ Garland E. Burrell, Jr.
6                                   GARLAND E. BURRELL, JR.
                                    United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28