PETER D. KEISLER
Assistant Attorney General

McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone:  (916) 554-2723
Fax: (916) 554-2900

MICHAEL F. HERTZ
PATRICIA R. DAVIS
MICHAL TINGLE
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-1381

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA ex rel. KEITH JAMES, <br><br>             Plaintiff, <br><br>       v. <br><br> MED-MART, INC.; PACIFIC PULMONARY SERVICES, et al., <br><br>             Defendants. | 2:04-CV-1053 GEB JFM <br><br> **ORDER [Proposed]** <br><br> **FILED UNDER SEAL** |

The United States and the State of California having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and California Government Code § 12652(c)(6)(B), the Court rules as follows:

1    IT IS ORDERED that

2    1.   The complaint be unsealed and served upon the
3    defendant by the relator;

4    2.   All other contents of the Court's file in this
5    action remain under seal and not be made public or served
6    upon the defendant, except for this Order and the United
7    States of America's and the State of California's Joint
8    Notice of Election to Decline Intervention, which the
9    relator will serve upon the defendant only after service of
10   the complaint;

11   3.   The seal be lifted as to all other matters
12   occurring in this action after the date of this Order;

13   4.   The parties shall serve all pleadings and motions
14   filed in this action, including supporting memoranda, upon
15   the United States, as provided for in 31 U.S.C.
16   § 3730(c)(3), and upon the States of California, as provided
17   for in California Government Code § 12652(f)(1).  The United
18   States and the State of California may order any deposition
19   transcripts and are entitled to intervene in this action,
20   for good cause, at any time;

21   5.   All orders of this Court shall be sent to the
22   United States and to the State of California, and that

23   6.   Should the relator or the defendant propose that
24   this action be dismissed, settled, or otherwise
25   discontinued, the Court will provide the United States and
26   the State of California with notice and an opportunity to be
27   //
28   //

1  heard before ruling or granting its approval.
2
3       IT IS SO ORDERED.
4  Dated:  March 10, 2006
5
6                                   /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28