UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA <u>ex rel.</u> KEITH JAMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MED-MART, INC.; PACIFIC PULMONARY SERVICES, et al.,<br><br>　　　　　Defendants.<br>_____ | 2:04-cv-1053-GEB-JFM<br><br><br><u>ORDER TO SHOW CAUSE</u> |

　　　　Plaintiff Keith James is ordered to show cause ("OSC") in a writing to be filed, and served on the United States and the State of California, no later than 12:00 p.m. on July 23, 2007, why this action should not be dismissed for failure to effect service of process on Defendants within the time prescribed by Federal Rule of Civil Procedure 4(m). If Plaintiff fails to respond to this OSC, this action may be dismissed. Further, if either the United States or the State of California objects to dismissal of this action, that entity shall file a writing stating such objection no later than 12:00 p.m. on July 23, 2007.

///

1  A copy of this order shall be served on Plaintiff, the
2  United States, and the State of California.
3  IT IS SO ORDERED.
4  Dated:  July 11, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge